Elijah L. Milne (11171)
DURHAM JONES & PINEGAR, P.C.
192 East 200 North, Third Floor
St. George, UT 84770
(435) 674-0400
(435) 628-1610 fax
emilne@djplaw.com
Attorneys for Victoria L. Wilson
42322.002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VICTORIA L. WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>MOOCH EXTERIOR DESIGNS, INC.;<br>and PAUL C. HUNYADY,<br><br>Defendants. | **Stipulated Motion for Judgment**<br><br>Case No. 4:19-cv-00064-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

In accordance with the terms of the parties' Settlement Agreement, which is attached hereto as Exhibit 1, the parties hereby stipulate and jointly move for entry of judgment in the form attached hereto as Exhibit 2.

Signed _Sept. 6_, 2019.   DURHAM JONES & PINEGAR, P.C.

_/s/ Eli Milne_
Elijah L. Milne
Attorneys for Victoria L. Wilson

Signed _9/4_, 2019.   MOOCH EXTERIOR DESIGNS, INC.

_/s/ Paul C. Hunyady_
Paul C. Hunyady
President and Chief Executive Officer

Signed _9/4_, 2019.

_/s/ Paul C. Hunyady_
Paul C. Hunyady
Pro Se

SLC_873617.2

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I served a copy of the foregoing *Stipulated Motion for Judgment* on the following by electronic mail:

| | |
|---|---|
| Mooch Exterior Designs Inc.<br>c/o Martin J. Mullen<br>ROWE MULLEN LLP<br>3636 Nobel Dr., Ste. 215<br>San Diego, CA 92122<br>mullen@rowemullen.com | Paul C. Hunyady<br>c/o Martin J. Mullen<br>ROWE MULLEN LLP<br>3636 Nobel Dr., Ste. 215<br>San Diego, CA 92122<br>mullen@rowemullen.com |

/s/ Eli Milne