IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VICTORIA L. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>MOOCH EXTERIOR DESIGNS, INC.;<br>and PAUL C. HUNYADY,<br><br>    Defendants.<br><br>VICTORIA L. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>MOOCH EXTERIOR DESIGNS, INC.,<br><br>    Defendant.<br><br>VICTORIA L. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL C. HUNYADY,<br><br>    Defendant/Debtor. | **AMENDED AND RESTATED JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:19-cv-00064-DN ("Case-1")<br>Case No. 4:20-cv-00014-DN ("Case-2")<br>Case No. 2:21-cv-00222-DN ("Case-3")<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED that:

    1.    Pursuant to the terms of the Settlement Agreement between the parties entered as of July 23, 2021 ("Settlement Agreement"),[1] judgment is entered in favor of Plaintiff Victoria L.

---

[1] Docket no. 19-1 in case no. 2:21-cv-00222-DN (D. Utah) ("Case-3"), filed Aug. 16, 2021.

Wilson against Defendants Mooch Exterior Designs Inc. and Paul C. Hunyady, an individual, jointly and severally, in the principal amount of $3,000,000, based on the findings of fact, conclusions of law, and admissions contained in the Settlement Agreement on the fraud claims set forth in the Complaint[2] in case no. 4:19-cv-00064-DN ("Case-1"); the fraud and conversion claims set forth in the Complaint[3] in case no. 4:20-cv-00014-DN ("Case-2"); and the claims for non-dischargeability under 28 U.S.C. §§ 523(a)(2)(A) and 523(a)(6) set forth in the Complaint to Determine Dischargeability of Debt[4] in case no. 2:21-cv-00222-DN ("Case-3").[5]

2. This Judgment shall accrue interest in accordance with 28 U.S.C. § 1961 from July 31, 2021, until paid in full, and shall be further augmented in the amount of reasonable costs and attorney's fees incurred in collecting it, by execution or otherwise, as shall be established by a motion and affidavit.

3. This Judgment is non-dischargeable in any bankruptcy cased filed under Title 11, United States Code, under 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6) as against both Mooch Exterior Designs Inc. and Paul C. Hunyady.

4. The clerk is directed to close Case-1, Case-2, and Case-3.

Signed September 10, 2021.

BY THE COURT:

David Nuffer
United States District Judge

---

[2] Docket no. 2 in case no. 4:19-cv-00064-DN (D. Utah) ("Case-1"), filed August 20, 2019.

[3] Docket no. 2 in case no. 4:20-cv-00014-DN (D. Utah) ("Case-2") filed February 24, 2020.

[4] Docket no. 1-1, in case no. 3:20-ap-90067-CL (S.D. Cal.), filed May 13, 2020, which was subsequently transferred and filed as docket no. 12-1 in Case-3 on April 19, 2021.

[5] This Judgment wholly amends and restates the Judgment in a Civil Case, docket no. 12, filed September 9, 2019, in Case-1, and the Judgment in a Civil Case, docket no. 14, filed April 9, 2020, in Case-2. In addition, this Judgment shall constitute the final judgment as to all claims in Case-3.